

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

212 468 4800
dglaw.com

November 8, 2023

**Daniel R. Friel**
d 212 237 1509
dfriel@dglaw.com

**BY ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

      Re:   *Selwyn Roberts v. American Golf Corporation and Michael Gutierrez.,* Case No. 1:23-cv-6000 (MKV)

Dear Judge Vyskocil:

      This firm represents defendants American Golf Corporation and Michael Gutierrez (collectively, "Defendants") in the above-referenced action. We write to request an order extending the deadline for the parties to file a joint letter and Proposed Case Management Plan and adjourning the Initial Pretrial Conference (Dkt. No. 14). In addition to numerous competing obligations for both parties, the parties are engaged in settlement negotiations and discussions about a potential mediation, and believe that the additional time will best facilitate those continued discussions and presents the opportunity to avoid unnecessarily wasting the Court's time and resources.

      With respect to the deadline for the parties to file a joint letter and Proposed Case Management Plan, we respectfully request an extension of 7 days, from Friday November 10, 2023 to Friday November 17, 2023. With respect to an adjournment of the Initial Pretrial Conference, currently scheduled for Friday November 17, 2023, the parties are amenable to a new date that is convenient for Your Honor that will afford sufficient time to review the parties' submission of the letter and proposed plan.

      Plaintiff consents to this request. This is the parties' first request for an extension and/or adjournment of the above-reference deadlines.



Hon. Mary Kay Vyskocil  
November 8, 2023  
Page 2

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Daniel R. Friel*

Daniel R. Friel
Counsel for Defendants

cc: Clifford Tucker, counsel for Plaintiff (by ECF)
    Gregg Brochin, counsel for Defendants (by ECF)

---

**DENIED.  The Court informed the parties of this deadline over one month ago.  [*See* ECF No. 14.]  The Court will, however, consider whether holding the Initial Pretrial Conference is necessary after reviewing the parties' submissions.  SO ORDERED.**

Date: 11/8/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge