UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELWYN ROBERTS, *on behalf of themselves and all others similarly situated*,

        Plaintiff,

-against-

AMERICAN GOLF CORPORATION, MICHAEL GUTIERREZ (aka Michael Doe),

        Defendants.

Case No. 1:23-cv-06000-MKV

**JUDGMENT**

On March 8, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, SELWYN ROBERTS, has judgment against Defendants AMERICAN GOLF CORPORATION, and MICHAEL GUTIERREZ (aka Michael Doe), jointly and severally, in the amount of Four Hundred and Ten Thousand Dollars and Zero Cents ($410,000.00) which is inclusive of attorneys' fees and costs and interest.

Dated: _____, 2024   SO ORDERED

                                              _____
                                                  Mary Kay Vyskocil
                                                  United States District Judge