```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELWYN ROBERTS, *on behalf of themselves and all others similarly situated*,

        Plaintiff,

-against-

AMERICAN GOLF CORPORATION, MICHAEL GUTIERREZ (aka Michael Doe),

        Defendants.

Case No. 1:23-cv-06000-MKV

**JUDGMENT**

On March 8, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, SELWYN ROBERTS, has judgment against Defendants AMERICAN GOLF CORPORATION, and MICHAEL GUTIERREZ (aka Michael Doe), jointly and severally, in the amount of Four Hundred and Ten Thousand Dollars and Zero Cents ($410,000.00) which is inclusive of attorneys' fees and costs and interest.

Dated: _____March 13_____, 2024

SO ORDERED

_____
Mary Kay Vyskocil
United States District Judge

The Second Circuit has explained that Rule 68 "leaves no discretion in the district court to do anything but enter judgment once an offer has been accepted." *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 400 (2d Cir. 2019) (internal quotation marks and citation omitted). Accordingly, the Clerk's Office respectfully is requested to enter judgment and close this case.